JOHN JAY, RECEIVER, ETC., RESPONDENT, *v.* WILLIAM H. DE GROOT AND OTHERS, APPELLANTS.

*Practice — death of party pending appeal — substitution.*

An order of the General Term, determining an appeal from an order, made when the representatives of a party, dying pending the appeal, were not properly before the court, is irregular, and may be set aside on motion at Special Term.

APPEAL from an order of the Special Term denying a motion. The death of a party respondent, during appeal in this case, appeared only by suggestion in the points of counsel. The hearing was directed to stand over, to enable the appellant to bring before the court the proceedings in revivor, or to bring the representatives of the deceased before the court.

*Joshua M. Van Cott,* for the appellants.

*Mr. Chatfield,* for the respondent.

Opinion by DAVIS, P. J.

DANIELS and DONOHUE, JJ., concurred.